UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-40707 |
|---|---|
| TAMMIE R MAIDEN | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055435**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 60 | SANFORD J COHAN<br>2500 CORPORATE EXCHANGE DRIVE<br>COLUMBUS, OH  43231 | 27.72 |
| 9/ 25 | WORLDWIDE ASSET PURCHASING<br>% WEST ASSET MANAGEMENT INC<br>BOX 672047<br>MARIETTA, GA  30006 | 824.27 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/4/2011

Certificate of Service         05-40707

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TAMMIE R MAIDEN
117 W SUNRISE AVENUE
TROTWOOD, OH  45426

DEBRA L JANSING
2135 MIAMISBURG CENTERVILLE RD
CENTERVILLE, OH  45459

(61.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(70.1n)
EMERSON R KECK
15 W FOURTH ST   STE 100
DAYTON, OH  45402

(66.1n)
GREAT LAKES HIGHER EDUCATION
CLAIMS FILING UNIT
BOX 8973
MADISON, WI  53708

(67.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(68.1n)
JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH  45405

(71.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(60.1)
SANFORD J COHAN
2500 CORPORATE EXCHANGE DRIVE
COLUMBUS, OH  43231

(69.1n)
WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(25.1)
WORLDWIDE ASSET PURCHASING
% WEST ASSET MANAGEMENT INC
BOX 672047
MARIETTA, GA  30006

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____    sv